UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                      Case No. 3:25-cr-102

vs.

VINCENT JERMAINE DEWBERRY,      District Judge Michael J. Newman

    Defendant.

_____

## SCHEDULING ORDER
_____

This criminal case is before the Court following Defendant's indictment on December 9, 2025 and arraignment on December 18, 2025.  The parties have met and conferred pursuant to Fed. R. Crim. P. 16.1 and have filed a notice and a proposed scheduling order in which they report that the present Speedy Trial Act deadline in this case is **February 17, 2026**.  Doc. No. 19.  Based on the parties' proposed scheduling order, the Court sets the following schedule in this case:

| Discovery deadline: | **Discovery has been completed** |
|---|---|
| Motion filing deadline: | **January 21, 2026** |
| Status report deadline:: | **January 30, 2026** |
| Jury trial: | **January 30, 2026 at 9:30 AM** |

The Court is amenable to extending these deadlines upon written motion by the parties subject to the requirements of the Speedy Trial Act.

Counsel for both sides are **ADVISED** that, if any Defendant wishes to change his or her plea (*i.e.*, plead guilty) in the future, the parties shall file the joint motion attached as an appendix to this scheduling order.  Pursuant to Fed. R. Crim. P. 11, the Court shall not participate in plea negotiations and takes no position on whether a defendant should change his or her plea.  *See*

Fed. R. Crim. P. 11(c)(1).

**IT IS SO ORDERED.**

<u>January 16, 2026</u>                                                        <u>s/*Michael J. Newman*          </u>
                                                                                            Hon. Michael J. Newman
                                                                                            United States District Judge

**APPENDIX**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

_____,

    Defendant.

Case No. 3:

District Judge Michael J. Newman

**JOINT MOTION FOR DEFENDANT TO CHANGE PLEA**

    The parties hereby jointly move this Court to permit Defendant to change his or her plea in the above-captioned case.

| | |
|---|---|
| */s/ [Government Attorney Name]* | */s/ [Defendant Attorney Name]* |
| [Attorney Name] ([Bar Number]) | [Attorney Name] ([Bar Number]) |
| Assistant United States Attorney | [Insert Firm Name] |
| 200 West Second Street | [Insert Address] |
| Dayton, OH 45402 | [Insert City, State Zip Code] |
| Telephone: [insert phone number] | Telephone: [insert phone number] |
| Email: [insert email address] | Email: [insert email address] |
| *Attorney for Plaintiff* | *Attorney for Defendant* |